UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

U S DISTRICT COURT
Southern District of Ga
Filed in Office
11:30 A M
6-28, 2012
Deputy Clerk

| | |
|---|---|
| ERIC RONDELL GABE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. CV412-145 |
| ) | [underlying CR405-281] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of June, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA