# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

U S DISTRICT COURT
Southern District of Ga
Filed in Office
_11:30 A_ M
_6 - 28_ 20_12_
_Rw_
Deputy Clerk

ERIC RONDELL GABE,               )
                                 )
    Movant,                      )
                                 )
v.                               )       Case No. CV412-145
                                 )       [underlying CR405-281]
UNITED STATES OF AMERICA,        )
                                 )
    Respondent.                  )

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 28 day of June, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA